UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT COHEN,

    Plaintiff,

v.        Case No. 3:14-cv-982-J-39MCR

THOMAS PARRISH,

    Defendant.

_____

## ORDER

Plaintiff moves the Court to hold Defendant Parrish in contempt and garnish his wages for his failure to pay Plaintiff $7,000.00 pursuant to a judgment entered against Defendant Parrish on March 9, 2018 (Doc. 133; Motion). Rule 69 of the Federal Rules of Civil Procedure governs "execution" of judgments. According to Rule 69, a money judgment generally is enforced by a writ of execution, not through contempt. See Fed. R. Civ. P. 69(a)(1). Accordingly, Plaintiff's Motion is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of March, 2019.

                                                    BRIAN J. DAVIS
                                              United States District Judge

Jax-6
c:
Robert Cohen
Thomas Parrish
Counsel of Record